B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smahi, Narjis** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Narjis S Smahi** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**xxx-xx-1755** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**211 West Hanover Place**<br>**Mount Prospect, IL**<br>ZIP CODE **60056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**211 West Hanover Place**<br>**Mount Prospect, IL**<br>ZIP CODE **60056** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of creditors, i...

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 m... |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 m... |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/25/2008
Time: 14:35:54
Debtor: NARJIS SMAHI
Case: 08-10386    Fee : 299
Chapter: 7 Rec. # : 3163551
Judge: Carol Doyle
341 mtg: 05/21/2008 @ 02:30PM
Trustee: N REID

1:08BK10386-BK001

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300,*

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Narjis Smahi** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br><span style="text-align:right">Date</span> |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)

## Voluntary Petition
### *(This page must be completed and filed in every case)*

Name of Debtor(s):  **Narjis Smahl**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Narjis Smahi_
**Narjis Smahi**

X _____

**(847) 670-9133**
Telephone Number (If not represented by attorney)

_4-25-08_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _Debtor not represented by attorney_
Bar No.

Phone No. _____ Fax No. _____

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(c); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Natallya Ripinskaya**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

Address

X _N. Rip_
_4-25-08_
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Narjis Smahi**                                          Case No. _____

                                                                                        (if known)

                     Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.     *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Narjis Smahi**

Case No. _____
(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
Narjis Smahi

Date: _4-25-08_

B6A (Official Form 6A) (12/07)

In re  **Narjls Smahi**                                          Case No. _____

                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Primary Residence | Mortgage | - | $250,000.00 | $254,463.00 |

Total: $250,000.00

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Narjis Smahl**                                                            Case No. _____

                                                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account | - | $400.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Kitchen Appliances | - | $300.00 |
| | | Living Room | - | $300.00 |
| | | Bedroom Furniture | - | $200.00 |
| | | Kids Furniture | - | $200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | $50.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Narjis Smahi**                                                  Case No. _____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Narjis Smahi**                                              Case No. _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Narjis Smahi**                                    Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | - | $100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached        Total >        $1,550.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Narjis Smahi**                                        Case No. _____
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Primary Residence | 735 ILCS 5/12-901 | $0.00 | $250,000.00 |
| Kitchen Appliances | 735 ILCS 5/12-1001(b) | $300.00 | $300.00 |
| Living Room | 735 ILCS 5/12-1001(b) | $300.00 | $300.00 |
| Bedroom Furniture | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
| Kids Furniture | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
| Clothing | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Computer | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
|  |  | $1,150.00 | $251,150.00 |

B6D (Official Form 6D) (12/07)

In re **Narjis Smahi**                                                                 Case No. _____
                                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx2309<br><br>HomeQ<br>PO Box 997126<br>Sacramento, CA 95899 | | - | DATE INCURRED:   12/2004<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Primary Residence**<br>REMARKS:<br><br><br>VALUE:                  $250,000.00 | | | | $254,463.00 | $4,463.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|
| Subtotal (Total of this Page) > | $254,463.00 | $4,463.00 |
| Total (Use only on last page) > | $254,463.00 | $4,463.00 |

___**No**___ continuation sheets attached

                                                                    (Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Narjis Smahi**                                                    Case No. _____

                                                                              (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Narjis Smahi**

Case No.   08-10386
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx0331<br>Academy Collection Service, Inc.<br>PO Box 16119<br>Philadelphia, PA 19114-0119 | - | | DATE INCURRED:  10/19/07<br>CONSIDERATION:<br>Collection Agency<br>REMARKS:<br>Original Creditor: Citifinancial<br>Account: 4309-5501-16070 | | | X | $3,335.00 |
| ACCT #:  xxx8361<br>Account Solutions Group, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 | - | | DATE INCURRED:  08/24/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS:<br>Re: Arrow Financial Services, LLC<br>Creditor Acct# 0000001235904991 | | | X | $280.00 |
| ACCT #:  xxxxx1768<br>Advocate Lutheran General Hospital<br>1775 W Dempster<br>Park Ridge, IL 60068 | - | | DATE INCURRED:  08/03/06<br>CONSIDERATION:<br>Collecting for -<br>REMARKS: | | | X | $548.00 |
| ACCT #:  xxxx-xxxxxx-x1005<br>American Express<br>PO Box 360002<br>Ft Lauderdale, FL 33336-0002 | - | | DATE INCURRED:  07/13/06<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $1,565.00 |
| ACCT #:  xxxxxxxxxxxxxxxx<br>Amex<br>PO Box 7871<br>Fort Lauderdale, FL 33329 | - | | DATE INCURRED:  06/2003<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $2,311.00 |
| ACCT #:  xxxxxx4696<br>Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087 | - | | DATE INCURRED:  10/2006<br>CONSIDERATION:<br>Collecting for Village of Mount Prospect<br>REMARKS: | | | X | $90.00 |

Subtotal >  $8,129.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

___6___ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Narjls Smahi**

Case No. _____
                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx8859<br>**Arrow Financial Service**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | - | DATE INCURRED:   04/2007<br>CONSIDERATION:<br>Collecting for  HSBC Bank<br>REMARKS: | | | X | $279.00 |
| ACCT #:  xxxxxxxx-xxxxxxxx<br>**Arrow Financial Service**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | - | DATE INCURRED:   07/2007<br>CONSIDERATION:<br>Collecting<br>REMARKS: | | | X | $279.00 |
| ACCT #:  xxxx1526<br>**Associated Recovery Systems**<br>**A Division of ARS National Services, Inc**<br>**P.O. Box 469046**<br>**Escondido, CA 92046-9046** | | - | DATE INCURRED:   05/25/07<br>CONSIDERATION:<br>Collecting for -Chase Bank, USA, N.A.<br>REMARKS:<br>Original Creditor: Chase Bank, USA, N.A.<br>Account# 5401-6830-1302-0810 | | | X | $1,961.00 |
| ACCT #:  xxxx-xxxx-xxxx-7430<br>**Best Buy Co., Inc.**<br>**PO Box 17298**<br>**Baltimore, MD 21297-1298** | | - | DATE INCURRED:   09/02/05<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | X | $347.00 |
| ACCT #:  xxx6727<br>**Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**125 South Wacker Dr**<br>**Suite 400**<br>**Chicago, IL 60606-4440** | | - | DATE INCURRED:   10/10/07<br>CONSIDERATION:<br>Collection Agency<br>REMARKS:<br>Original Creditor: Capital One Bank<br>Account# 5178-0521-0496-2549 | X | | X | $1,072.00 |
| ACCT #:  xxxx8859<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | - | DATE INCURRED:   3/14/08<br>CONSIDERATION:<br>Collecting Agency<br>REMARKS:<br>Previous Creditor: CARSONS<br>Current Creditor: Ad/trust Accounts<br>Account#38018859 | | | X | $280.00 |

Sheet no. ___1___  of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,218.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Narjis Smahi**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxx<br>**Capital One Bank**<br>PO Box 85520<br>Richmond, VA 23285 | | - | DATE INCURRED:  12/2001<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1,343.00 |
| ACCT #:  xx-xxx2469<br>**CCA**<br>Collection Company of America<br>PO Box 806<br>Norwell, MA 02061-0806 | | | DATE INCURRED:  09/25/06<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS:<br>Original Creditor: AT&T<br>Client Referance: 8473670576049 | | | X | $478.00 |
| ACCT #:  xxxxxxxxxxxx<br>**Citifinancial**<br>4930 N Ridge W<br>Ashtabula, OH 44004 | | - | DATE INCURRED:  03/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $3,335.00 |
| ACCT #:  xxxxxxxxxxxxxxx<br>**Citifinancial**<br>PO Box 22066<br>Tempe, AZ 85285 | | - | DATE INCURRED:  03/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $3,335.00 |
| ACCT #:  xxxx7481<br>**Credit Management LP**<br>4200 International Pkwy<br>Carrollton, TX 75007 | | | DATE INCURRED:  05/2007<br>CONSIDERATION:<br>**Collecting for - Comcast**<br>REMARKS: | | | X | $152.00 |
| ACCT #:  xx8522<br>**DRS/BONDED COLLECTION SYSTEMS**<br>PO Box 498609<br>Cincinnati<br>OH 45249-8609 | | - | DATE INCURRED:  03/10/08<br>CONSIDERATION:<br>**Collecting Agency**<br>REMARKS:<br>Original Creditor: Citifinancial<br>Account# 4309550116070 | | | X | $3,335.00 |

Sheet no. ___2___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $11,978.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Narjis Smahi**

Case No. _____
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-8672<br>**GC Services**<br>PO Box 79 (037)<br>Elgin, IL 60121 | | - | DATE INCURRED:  09/21/07<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Original Creditor: DISH Network** | | | X | $464.00 |
| ACCT #:  xxxx7872<br>**Harris and Harris LTD**<br>600 W Jackson Blvd,<br>Suite 400<br>Chicago, IL 60661 | | | DATE INCURRED:  05/2007<br>CONSIDERATION:<br>**Collecting for - Advocate-Lutheran General**<br>REMARKS:<br>**Medical collection** | | | X | $548.00 |
| ACCT #:  xxxxxxxxxxxxxxxxx<br>**Lane Bryant**<br>PO Box 182163<br>Columbus, OH 43218 | | - | DATE INCURRED:  11/2003<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $306.00 |
| ACCT #:  xxx6645<br>**Leading Edge Recovery Solutions**<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | | - | DATE INCURRED:  09/17/07<br>CONSIDERATION:<br>**Collecting for - Citifinancial**<br>REMARKS:<br>**CitiFinancial Account# 6035263006623029** | | | X | $1,908.00 |
| ACCT #:  xxx8249<br>**Leading Edge Recovery Solutions**<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | | - | DATE INCURRED:  10/16/07<br>CONSIDERATION:<br>**Collecting for - Citifinancial**<br>REMARKS:<br>**Original Creditor: CitiFinancial**<br>**Client Account# 6011-6444-2281-2833** | | | X | $532.00 |
| ACCT #:  xxxxx3016<br>**Linebarger Goggan Blair & Sampson, LLP**<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268 | | | DATE INCURRED:  05/25/07<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Creditor: Stroger Hospital** | | | X | $754.00 |

Sheet no. ___3___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,512.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Narjis Smahi**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx3974<br>**Medical Payment Data** | | - | DATE INCURRED:  02/2005<br>CONSIDERATION:<br>**Medical Collection**<br>REMARKS: | | | | $369.00 |
| ACCT #:  xxxxxxx3955<br>**Nationwide Credit, Inc.**<br>**3600 E University Dr**<br>**Suite B1350**<br>**Phoenix, AZ 85034-7296** | | | DATE INCURRED:  07/18/07<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS:<br>**Re: American Exp Travel related Serv Co Inc**<br>**#37255-3378541005** | | | X | $2,312.00 |
| ACCT #:  xx3251<br>**NCO Financial Systems, Inc**<br>**1804 Washington Blvd,**<br>**Mailstop 450**<br>**Baltimore, MD 21230** | | - | DATE INCURRED:  01/01/08<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Creditor: American Express**<br>**Account # 37255-337854-1005** | | | X | $2,312.00 |
| ACCT #:  xx2115<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | - | DATE INCURRED:  10/01/07<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | X | $352.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxx<br>**Palisad Coll**<br>**210 Sylvan Ave**<br>**Englewood, NJ 07632** | | - | DATE INCURRED:  10/2006<br>CONSIDERATION:<br>**Collecting for - Best Buy**<br>REMARKS: | | | X | $517.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxx<br>**Palisades Collection L**<br>**210 Sylvan Ave**<br>**Englewood, NJ 07632** | | - | DATE INCURRED:  10/2006<br>CONSIDERATION:<br>**Collecting for - BEST BUY**<br>REMARKS: | | | X | $517.00 |

Sheet no. ___4___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $6,379.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Narjis Smahi**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx5095<br>Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274-2209 | | - | DATE INCURRED:  03/25/08<br>CONSIDERATION:<br>Collection agency<br>REMARKS: | | | X | $532.00 |
| ACCT #:  xxx9996<br>Professional Account Management, LLC<br>Collection Services Division<br>PO Box 391<br>Milwaukee, WI 53201-0391 | | | DATE INCURRED:  01/07/08<br>CONSIDERATION:<br>Collecting for -<br>REMARKS:<br>Original Creditor: TCF Bank | | | X | $77.00 |
| ACCT #:  xxx9996<br>Professnl Acct Mgmt Inc<br>2040 W Wisconsin Ave<br>Milwaukee, WI 53233 | | - | DATE INCURRED:  12/2006<br>CONSIDERATION:<br>Collecting for  TCF Bank<br>REMARKS: | | | X | $77.00 |
| ACCT #:  xxxx3567<br>SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230 | | - | DATE INCURRED:  09/15/07<br>CONSIDERATION:<br>Collecting for - LINGO Phone Service<br>REMARKS:<br>Creditor: LINGO Phone Service | | | X | $671.00 |
| ACCT #:  xxxxx6102<br>SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230 | | - | DATE INCURRED:  10/11/07<br>CONSIDERATION:<br>Collecting for -<br>REMARKS:<br>Creditor: PROACTIV SOLUTION | | | X | $46.00 |
| ACCT #:  xxxx-xxxx-xxxx-8672<br>The CBE Group, Inc.<br>131 Tower Park<br>Suite 100<br>PO Box 2635<br>Waterloo, IA 50704-2635 | | - | DATE INCURRED:  01/01/07<br>CONSIDERATION:<br>Collection Agency<br>REMARKS:<br>Original Creditor: DISH Network | | | X | $464.00 |

Sheet no. __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,867.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Narjis Smahi**                                  Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxx<br>**Unifund**<br>**11802 Conrey Rd**<br>**Cincinnati, OH 45249** | | - | DATE INCURRED:  **12/2007**<br>CONSIDERATION:<br>**Collecting for Chase**<br>REMARKS: | | | X | $2,133.00 |
| ACCT #:  **xxxx3028**<br>**West Asset Management** | | - | DATE INCURRED:  **02/2007**<br>CONSIDERATION:<br>**Collecting for - AT&T**<br>REMARKS: | | | X | $414.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___6___ of ___6___ continuation sheets attached to          Subtotal >   | $2,547.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >   | $39,630.00 |
                                           (Use only on last page of the completed Schedule F.)
                                           (Report also on Summary of Schedules and, if applicable, on the
                                           Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Narjis Smahi**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Narjis Smahi**                                          Case No. _____
                                                                         (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Narjis Smahi**                                    Case No. _____
                                                                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): Son | Age(s): 9 | Relationship(s): | Age(s): |
| | Daughter | 6 | | |
| | Son | 2 | | |
| | Son | 2 | | |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Child Care Provider | |
| Name of Employer | | |
| How Long Employed | 6 | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,800.00 | |
| 2.   Estimate monthly overtime | $0.00 | |
| 3.   SUBTOTAL | **$2,800.00** | |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|     b. Social Security Tax | $0.00 | |
|     c. Medicare | $0.00 | |
|     d. Insurance | $0.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$2,800.00** | |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.   Income from real property | $0.00 | |
| 9.   Interest and dividends | $0.00 | |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | |
| 12.  Pension or retirement income | $0.00 | |
| 13.  Other monthly income (Specify): | | |
|     a. parents help _____ | $300.00 | |
|     b. _____ | $0.00 | |
|     c. _____ | $0.00 | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$300.00** | |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,100.00** | |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$3,100.00** |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Narjis Smahi**

Case No. _____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,226.00 |
|     a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|     b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $336.00 |
|            b. Water and sewer | |
|            c. Telephone | $93.00 |
|            d. Other: | . |
| 3. Home maintenance (repairs and upkeep) | $5.00 |
| 4. Food | $400.00 |
| 5. Clothing | $30.00 |
| 6. Laundry and dry cleaning | $5.00 |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $80.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other:  beauty and barber | $15.00 |
|         c. Other: | |
|         d. Other: | . |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,190.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,100.00 |
| b. Average monthly expenses from Line 18 above | $3,190.00 |
| c. Monthly net income (a. minus b.) | ($90.00) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Narjis Smahi**                                     Case No.

                                                          Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $250,000.00 | | |
| B - Personal Property | Yes | 4 | $1,550.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $254,463.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $39,630.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,100.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,190.00 |
| TOTAL | | 19 | $251,550.00 | $294,093.00 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **Narjis Smahi**                                               Case No.

Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,100.00 |
| Average Expenses (from Schedule J, Line 18) | $3,190.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,100.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $4,463.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY," column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $39,630.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $44,093.00 |

Case 08-10386   Doc 1   Filed 04/25/08   Entered 04/25/08 14:34:14   Desc Petition
Page 27 of 58

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Narjis Smahi**

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  4-25-08

Signature _____
**Narjis Smahi**

Date _____

Signature _____

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Natallya Ripinskaya, Preparer**

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

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 South Cicero Ave
Suite B
Oak Forest, IL 60452**

Signature of Bankruptcy Petition Preparer

Date  4-25-08

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Narjis Smahi**                                    Case No. _____

                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2800.00 | Self-employed/Child Care Provider |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $300.00 | Parent`s help |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Academy Collection Service, Inc.<br>PO Box 16119<br>Philadelphia, PA 19114-0119 | 10/19/07 | | $3,335.00 |
| Account Solutions Group, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 | 08/24/07 | | $280.00 |
| Advocate Lutheran General Hospital<br>1775 W Dempster<br>Park Ridge, IL 60068 | 08/03/06 | | $548.00 |
| American Express<br>PO Box 360002<br>Ft Lauderdale, FL 33336-0002 | | | $1,565.00 |
| Amex<br>PO Box 7871<br>Fort Lauderdale, FL 33329 | | | $2,311.00 |
| Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087 | 10/2006 | | $90.00 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Narjis Smahl**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | |
|---|---|---|
| Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714 | | $279.00 |
| Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714 | | $279.00 |
| Associated Recovery Systems<br>A Division of ARS National Services, Inc<br>P.O. Box 469046<br>Escondido, CA 92046-9046 | 08/06/2007 | $1,961.00 |
| Best Buy Co., Inc.<br>PO Box 17298<br>Baltimore, MD 21297-1298 | 09/13/05 | $347.00 |
| Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr<br>Suite 400<br>Chicago, IL 60606-4440 | 10/10/07 | $1,072.00 |
| Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 | 12/04/07 | $280.00 |
| Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285 | | $1,343.00 |
| CCA<br>Collection Company of America<br>PO Box 806<br>Norwell, MA 02061-0806 | 09/25/06 | $478.00 |
| Citifinancial<br>4930 N Ridge W<br>Ashtabula, OH 44004 | | $3,335.00 |
| Citifinancial<br>PO Box 22066<br>Tempe, AZ 85285 | | $3,335.00 |
| Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007 | | $152.00 |
| DRS/BONDED COLLECTION SYSTEMS<br>PO Box 498609<br>Cincinnati<br>OH 45249-8609 | 03/10/08 | $3,335.00 |
| GC Services<br>PO Box 79 (037)<br>Elgin, IL 60121 | 09/21/07 | $464.00 |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Narjis Smahi**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | |
|---|---|---|
| **Harris and Harris LTD**<br>600 W Jackson Blvd,<br>Suite 400<br>Chicago, IL 60661 | 06/01/07 | $548.00 |
| **HomeQ**<br>PO Box 997126<br>Sacramento, CA 95899 | Account<br>opened 12/2004 | $254,463.00 |
| **Lane Bryant**<br>PO Box 182121<br>Columbus, OH 43218 | Account<br>opened 11/2003 | $306.00 |
| **Leading Edge Recovery Solutions**<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | 09/17/07 | $1,908.00 |
| **Leading Edge Recovery Solutions**<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | 11/16/07 | $532.00 |
| **Linebarger Goggan Blair & Sampson, LLP**<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268 | 05/25/07 | $754.00 |
| **Medical Payment Data**<br>725 S Wells Ave, Suite 700<br>Chicago, IL 60607<br>ph# 312-922-3000 | 01/2007 | $369.00 |
| **Nationwide Credit, Inc.**<br>3600 E University Dr<br>Suite B1350<br>Phoenix, AZ 85034-7296 | 07/18/07 | $2,312.00 |
| **NCO Financial Systems, Inc**<br>1804 Washington Blvd,<br>Mailstop 450<br>Baltimore, MD 21230 | 01/01/08 | $2,312.00 |
| **Nicor Gas**<br>1844 Ferry Road<br>Naperville, IL 60563 | 02/2008 | $352.00 |
| **Palisad Coll**<br>210 Sylvan Ave<br>Englewood, NJ 07632 | 10/2006 | $517.00 |
| **Palisades Collection L**<br>210 Sylvan Ave<br>Englewood, NJ 07632 | 02/2008 | $517.00 |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Narjis Smahi**                                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

| | | |
|---|---|---|
| Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274-2209 | 03/25/08 | $532.00 |
| Professional Account Management, LLC<br>Collection Services Division<br>PO Box 391<br>Milwaukee, Wi 53201-0391 | 09/04/07 | $77.00 |
| Professnl Acct Mgmt Inc<br>2040 W Wisconsin Ave<br>Milwaukee, WI 53233 | 03/2007 | $77.00 |
| SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230 | 06/22/07 | $671.00 |
| SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230 | 10/11/07 | $46.00 |
| The CBE Group, Inc.<br>131 Tower Park<br>Suite 100<br>PO Box 2635<br>Waterloo, IA 50704-2635 | 06/26/07 | $464.00 |
| Unifund<br>11802 Conrey Rd<br>Cincinnati, OH 45249 | Account<br>opened 12/2007 | $2,133.00 |
| West Asset Management | Account<br>opened 02/2007 | $414.00 |

None ☑  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Narjis Smahi**                                                       Case No. _____

                                                                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

### 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Narjis Smahi**                                       Case No. _____

                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Narjis Smahi**                                          Case No. _____

                                                                               (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☑   **18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

None ☑   **19. Books, records and financial statements**

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Narjis Smahi**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**20. Inventories**

None ☑ a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑ b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑ a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑ b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:  **Narjis Smahi**                                        Case No. _____

                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4-25-08                          Signature _____
                                       of Debtor    *Narjis Smahi*

Date _____          Signature _____
                                       of Joint Debtor
                                       (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Nataliya Ripinskaya, Preparer**                              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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

_____                4-25-08
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Narjis Smahi**                                          CASE NO

                                                                 CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Collection Agency | Academy Collection Service, Inc.<br>PO Box 16119<br>Philadelphia, PA 19114-0119<br>xxxx0331 | ☐ | ☒ | ☐ | ☐ |
| Collecting for - | Account Solutions Group, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228<br>xxx8361 | ☐ | ☒ | ☐ | ☐ |
| Collecting for - | Advocate Lutheran General Hospital<br>1775 W Dempster<br>Park Ridge, IL 60068<br>xxxxx1768 | ☐ | ☒ | ☐ | ☐ |
| Credit Card | American Express<br>PO Box 360002<br>Ft Lauderdale, FL 33336-0002<br>xxxx-xxxxxx-x1005 | ☐ | ☒ | ☐ | ☐ |
| Credit Card | Amex<br>PO Box 7871<br>Fort Lauderdale, FL 33329<br>xxxxxxxxxxxxxxxx | ☐ | ☒ | ☐ | ☐ |
| Collecting for Village of Mount Prospect | Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087<br>xxxxxx4696 | ☐ | ☒ | ☐ | ☐ |
| Collecting for  HSBC Bank | Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714<br>xxxx8859 | ☐ | ☒ | ☐ | ☐ |
| Collecting | Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714<br>xxxxxxxx-xxxxxxxx | ☐ | ☒ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Narjis Smahi**

CASE NO

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| | | | | | |
|---|---|---|---|---|---|
| Collecting for -Chase Bank, USA, N.A. | Associated Recovery Systems<br>A Division of ARS National Services, Inc<br>P.O. Box 469046<br>Escondido, CA 92046-9046<br>xxxx1526 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Best Buy Co., Inc.<br>PO Box 17298<br>Baltimore, MD 21297-1298<br>xxxx-xxxx-xxxx-7430 | ☐ | ☑ | ☐ | ☐ |
| Collection Agency | Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr<br>Suite 400<br>Chicago, IL 60606-4440<br>xxx6727 | ☐ | ☑ | ☐ | ☐ |
| Collecting Agency | Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx8859 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285<br>xxxxxxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | CCA<br>Collection Company of America<br>PO Box 806<br>Norwell, MA 02061-0806<br>xx-xxx2469 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Citifinancial<br>4930 N Ridge W<br>Ashtabula, OH 44004<br>xxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Citifinancial<br>PO Box 22066<br>Tempe, AZ 85285<br>xxxxxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Comcast | Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007<br>xxxx7481 | ☐ | ☑ | ☐ | ☐ |
| Collecting Agency | DRS/BONDED COLLECTION SYSTEMS<br>PO Box 498609<br>Cincinnati<br>OH 45249-8609<br>xx8522 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Narjis Smahi**

CASE NO

CHAPTER  7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| | | | | | |
|---|---|---|---|---|---|
| Collection Agency | GC Services<br>PO Box 79 (037)<br>Elgin, IL 60121<br>xxxx-xxxx-xxxx-8672 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Advocate-Lutheran General | Harris and Harris LTD<br>600 W Jackson Blvd,<br>Suite 400<br>Chicago, IL 60661<br>xxxx7872 | ☐ | ☑ | ☐ | ☐ |
| Primary Residence | HomeQ<br>PO Box 997126<br>Sacramento, CA 95899<br>xxxxx2309 | ☐ | ☐ Debt will be reaffirmed for fair market value. | | ☑ |
| Credit Card | Lane Bryant<br>PO Box 182121<br>Columbus, OH 43218<br>xxxxxxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Citifinancial | Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx6645 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Citifinancial | Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx8249 | ☐ | ☑ | ☐ | ☐ |
| Collection Agency | Linebarger Goggan Blair & Sampson, LLP<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268<br>xxxxx3016 | ☐ | ☑ | ☐ | ☐ |
| Medical Collection | Medical Payment Data<br>xxx3974 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Nationwide Credit, Inc.<br>3600 E University Dr<br>Suite B1350<br>Phoenix, AZ 85034-7296<br>xxxxxxx3955 | ☐ | ☑ | ☐ | ☐ |
| Collection Agency | NCO Financial Systems, Inc<br>1804 Washington Blvd,<br>Mailstop 450<br>Baltimore, MD 21230<br>xx3251 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Narjis Smahi**

CASE NO

CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| | | | | | |
|---|---|---|---|---|---|
| Utilities | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563<br>xx2115 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Best Buy | Palisad Coll<br>210 Sylvan Ave<br>Englewood, NJ 07632<br>xxxxxxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Collecting for - BEST BUY | Palisades Collection L<br>210 Sylvan Ave<br>Englewood, NJ 07632<br>xxxxxxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Collection agency | Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274-2209<br>xxxxxx5095 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Professional Account Management, LLC<br>Collection Services Division<br>PO Box 391<br>Milwaukee, Wi 53201-0391<br>xxx9996 | ☐ | ☑ | ☐ | ☐ |
| Collecting for  TCF Bank | Professnl Acct Mgmt Inc<br>2040 W Wisconsin Ave<br>Milwaukee, WI 53233<br>xxx9996 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - LINGO Phone Service | SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230<br>xxxx3567 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230<br>xxxxx6102 | ☐ | ☑ | ☐ | ☐ |
| Collection Agency | The CBE Group, Inc.<br>131 Tower Park<br>Suite 100<br>PO Box 2635<br>Waterloo, IA 50704-2635<br>xxxx-xxxx-xxxx-8672 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Narjis Smahi**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

| | | | | | |
|---|---|---|---|---|---|
| Collecting for Chase | Unifund<br>11802 Conrey Rd<br>Cincinnati, OH 45249<br>xxxxxxxxxxxxxxxx | ☐ | ☑ | ☐ | ☐ |
| Collecting for - AT&T | West Asset Management<br>xxxx3028 | ☐ | ☑ | ☐ | ☐ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

Date  _4-25-08_

Signature _____
    *Narjis Smahi*

Date  _____

Signature _____

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required un 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

**Nataliya Ripinskaya**                           **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**
_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

**15028 South Cicero Ave
Suite B
Oak Forest, IL 60452**

_____            _4-25-08_
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Narjis Smahi**<br>**211 West Hanover Place**<br>**Mount Prospect, IL 60056**<br>**Debtor(s) In pro per**<br>**(847) 670-9133** | |

| In re:<br>**Narjis Smahi** | CASE NO.: |
|---|---|
| | CHAPTER:  **7** |
| | Debtor Address:<br>**211 West Hanover Place**<br>**Mount Prospect, IL 60056** |

| Social Security Number:  **xxx-xx-1755** | Employer's Tax I.D. Number: |
|---|---|

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For document preparation services, I have agreed to accept | **$261.90** |
| Prior to the filing of this statement I have received | **$261.90** |
| Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):


   and provided the following services (itemize):
   **Software, Credit report, Typing**

3. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| Name | SSN |
|---|---|

| In re: **Narjis Smahi** | CASE NUMBER: |
| | CHAPTER:        **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____          _____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_____          _4-25-08_
                  Signature                                    Social Security Number                        Date

Name (Print):   **Nataliya Ripinskaya**

Address:        **15028 South Cicero Ave**
                     **Suite B**
                     **Oak Forest, IL 60452**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Narjis Smahi**

CASE NO

CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/25/08_____

Signature _____
_Narjis Smahi_

Date _____

Signature _____

Academy Collection Service, Inc
PO Box 16119
Philadelphia, PA 19114-0119

Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Lane Bryant
PO Box 182121
Columbus, OH 43218

Account Solutions Group, LLC
205 Bryant Woods South
Amherst, NY 14228

Capital One Bank
PO Box 85520
Richmond, VA 23285

Leading Edge Recovery Solutio
5440 N Cumberland Ave, Ste 30
Chicago, IL 60656-1490

Advocate Lutheran General Hospi
1775 W Dempster
Park Ridge, IL 60068

CCA
Collection Company of America
PO Box 806
Norwell, MA 02061-0806

Linebarger Goggan Blair & Sam
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268

American Express
PO Box 360002
Ft Lauderdale, FL 33336-0002

Citifinancial
4930 N Ridge W
Ashtabula, OH 44004

Medical Payment Data

Amex
PO Box 7871
Fort Lauderdale, FL 33329

Citifinancial
PO Box 22066
Tempe, AZ 85285

Nationwide Credit, Inc.
3600 E University Dr
Suite B1350
Phoenix, AZ 85034-7296

Armor Systems Co
2322 N Greenbay Rd
Waukegan, IL 60087

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

NCO Financial Systems, Inc
1804 Washington Blvd,
Mailstop 450
Baltimore, MD 21230

Arrow Financial Service
5996 W Touhy Ave
Niles, IL 60714

DRS/BONDED COLLECTION SYSTEMS
PO Box 498609
Cincinnati
OH 45249-8609

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Associated Recovery Systems
A Division of ARS National Serv
P.O. Box 469046
Escondido, CA 92046-9046

GC Services
PO Box 79 (037)
Elgin, IL 60121

Palisad Coll
210 Sylvan Ave
Englewood, NJ 07632

Best Buy Co., Inc.
PO Box 17298
Baltimore, MD 21297-1298

Harris and Harris LTD
600 W Jackson Blvd,
Suite 400
Chicago, IL 60661

Palisades Collection L
210 Sylvan Ave
Englewood, NJ 07632

Blatt, Hasenmiller, Leibsker &
125 South Wacker Dr
Suite 400
Chicago, IL 60606-4440

HomeQ
PO Box 997126
Sacramento, CA 95899

Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209

Professional Account Management
Collection Services Division
PO Box 391
Milwaukee, Wi 53201-0391


Professnl Acct Mgmt Inc
2040 W Wisconsin Ave
Milwaukee, WI 53233



SKO Brenner American, Inc.
40 Daniel Street
PO Box 230
Frmngdale, NY 11735-0230


The CBE Group, Inc.
131 Tower Park
Suite 100
PO Box 2635
Waterloo, IA 50704-2635

Unifund
11802 Conrey Rd
Cincinnati, OH 45249


West Asset Management

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  **Narjis Smahi**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $250,000.00 | $254,463.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $400.00 | $0.00 | $400.00 | $0.00 | $400.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 7. | Furs and jewelry. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Narjis Smahi**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

#### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|------|------|------|------|------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$251,550.00** | **$254,463.00** | **$1,550.00** | **$1,150.00** | **$400.00** |

#### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|-----|-----|-----|-----|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

#### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|-----|-----|-----|-----|-----|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Narjis Smahl**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Checking account | $400.00 | | $400.00 | $400.00 |
| **TOTALS:** | $400.00 | $0.00 | $400.00 | $400.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $251,550.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $251,550.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $254,463.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $254,463.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $1,550.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $1,550.00 |
| J. Total Exemptions Claimed | $1,150.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $400.00 |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

Academy Collection Service,
Inc.
PO Box 16119
Philadelphia, PA 19114-0119

Capital Management Services,
LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Lane Bryant
PO Box 182121
Columbus, OH 43218


Account Solutions Group, LLC
205 Bryant Woods South
Amherst, NY 14228

Capital One Bank
PO Box 85520
Richmond, VA 23285

Leading Edge Recovery
Solutions
5440 N Cumberland Ave, Ste 30
Chicago, IL 60656-1490


Advocate Lutheran General
Hospital
1775 W Dempster
Park Ridge, IL 60068

CCA
Collection Company of America
PO Box 806
Norwell, MA 02061-0806

Linebarger Goggan Blair &
Sampson, LLP
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268


American Express
PO Box 360002
Ft Lauderdale, FL 33336-0002

Citifinancial
4930 N Ridge W
Ashtabula, OH 44004

Medical Payment Data


Amex
PO Box 7871
Fort Lauderdale, FL 33329

Citifinancial
PO Box 22066
Tempe, AZ 85285

Nationwide Credit, Inc.
3600 E University Dr
Suite B1350
Phoenix, AZ 85034-7296


Armor Systems Co
2322 N Greenbay Rd
Waukegan, IL 60087

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

NCO Financial Systems, Inc
1804 Washington Blvd,
Mailstop 450
Baltimore, MD 21230


Arrow Financial Service
5996 W Touhy Ave
Niles, IL 60714

DRS/BONDED COLLECTION SYSTEMS
PO Box 498609
Cincinnati
OH 45249-8609

Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Associated Recovery Systems
A Division of ARS National
Services, Inc
P.O. Box 469046
Escondido, CA 92046-9046

GC Services
PO Box 79 (037)
Elgin, IL 60121

Palisad Coll
210 Sylvan Ave
Englewood, NJ 07632


Best Buy Co., Inc.
PO Box 17298
Baltimore, MD 21297-1298

Harris and Harris LTD
600 W Jackson Blvd,
Suite 400
Chicago, IL 60661

Palisades Collection L
210 Sylvan Ave
Englewood, NJ 07632


Blatt, Hasenmiller, Leibsker &
Moore LLC
125 South Wacker Dr
Suite 400
Chicago, IL 60606-4440

HomeQ
PO Box 997126
Sacramento, CA 95899

Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209

Professional Account
Management, LLC
Collection Services Division
PO Box 391
Milwaukee, Wi 53201-0391

Professnl Acct Mgmt Inc
2040 W Wisconsin Ave
Milwaukee, WI 53233


SKO Brenner American, Inc.
40 Daniel Street
PO Box 230
Frmngdale, NY 11735-0230


The CBE Group, Inc.
131 Tower Park
Suite 100
PO Box 2635
Waterloo, IA 50704-2635

Unifund
11802 Conrey Rd
Cincinnati, OH 45249


West Asset Management

*Superior*
*15028 South Cicero Ave*
*Suite B*
*Oak Forest, IL 60452*
*(708) 687-8470*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:                                          Case No.:
**Narjis Smahi**                          SSN:  **xxx-xx-1755**
_____      SSN: _____

Debtor(s)                                **Numbered Listing of Creditors**

Address:
**211 West Hanover Place**            Chapter:    **7**
**Mount Prospect, IL 60056**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  Academy Collection Service, Inc.<br>PO Box 16119<br>Philadelphia, PA 19114-0119<br>xxxx0331 | Unsecured Claim | $3,335.00 |
| 2.  Account Solutions Group, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228<br>xxx8361 | Unsecured Claim | $280.00 |
| 3.  Advocate Lutheran General Hospital<br>1775 W Dempster<br>Park Ridge, IL 60068<br>xxxxx1768 | Unsecured Claim | $548.00 |
| 4.  American Express<br>PO Box 360002<br>Ft Lauderdale, FL 33336-0002<br>xxxx-xxxxxx-x1005 | Unsecured Claim | $1,565.00 |
| 5.  Amex<br>PO Box 7871<br>Fort Lauderdale, FL 33329<br>xxxxxxxxxxxxxxxx | Unsecured Claim | $2,311.00 |
| 6.  Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087<br>xxxxxx4696 | Unsecured Claim | $90.00 |

in re:  **Narjis Smahi**

| | Debtor | Case No. (if known) |
|---|---|---|
| **Creditor name and mailing address** | **Category of claim** | **Amount of claim** |
| 7.  Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714<br>xxxx8859 | Unsecured Claim | $279.00 |
| 8.  Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714<br>xxxxxxxx-xxxxxxxx | Unsecured Claim | $279.00 |
| 9.  Associated Recovery Systems<br>A Division of ARS National Services, Inc<br>P.O. Box 469046<br>Escondido, CA 92046-9046<br>xxxx1526 | Unsecured Claim | $1,961.00 |
| 10.  Best Buy Co., Inc.<br>PO Box 17298<br>Baltimore, MD 21297-1298<br>xxxx-xxxx-xxxx-7430 | Unsecured Claim | $347.00 |
| 11.  Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr<br>Suite 400<br>Chicago, IL 60606-4440<br>xxx6727 | Unsecured Claim | $1,072.00 |
| 12.  Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx8859 | Unsecured Claim | $280.00 |
| 13.  Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285<br>xxxxxxxxxxxxxxx | Unsecured Claim | $1,343.00 |
| 14.  CCA<br>Collection Company of America<br>PO Box 806<br>Norwell, MA 02061-0806<br>xx-xxx2469 | Unsecured Claim | $478.00 |
| 15.  Citifinancial<br>4930 N Ridge W<br>Ashtabula, OH 44004<br>xxxxxxxxxxx | Unsecured Claim | $3,335.00 |

in re:   **Narjis Smahi**

| | | |
|---|---|---|
| Debtor | | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.     Citifinancial<br>PO Box 22066<br>Tempe, AZ 85285<br>xxxxxxxxxxxxxxx | Unsecured Claim | $3,335.00 |
| 17.     Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007<br>xxxx7481 | Unsecured Claim | $152.00 |
| 18.     DRS/BONDED COLLECTION SYSTEMS<br>PO Box 498609<br>Cincinnati<br>OH 45249-8609<br>xx8522 | Unsecured Claim | $3,335.00 |
| 19.     GC Services<br>PO Box 79 (037)<br>Elgin, IL 60121<br>xxxx-xxxx-xxxx-8672 | Unsecured Claim | $464.00 |
| 20.     Harris and Harris LTD<br>600 W Jackson Blvd,<br>Suite 400<br>Chicago, IL 60661<br>xxxx7872 | Unsecured Claim | $548.00 |
| 21.     HomeQ<br>PO Box 997126<br>Sacramento, CA 95899<br>xxxxx2309 | Secured Claim | $254,463.00 |
| 22.     Lane Bryant<br>PO Box 182121<br>Columbus, OH 43218<br>xxxxxxxxxxxxxxx | Unsecured Claim | $306.00 |
| 23.     Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx6645 | Unsecured Claim | $1,908.00 |
| 24.     Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx8249 | Unsecured Claim | $532.00 |

in re:   **Narjis Smahl**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 25. | Linebarger Goggan Blair & Sampson, LLP<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268<br>xxxxx3016 | Unsecured Claim | $754.00 |
| 26. | Medical Payment Data<br>xxx3974 | Unsecured Claim | $369.00 |
| 27. | Nationwide Credit, Inc.<br>3600 E University Dr<br>Suite B1350<br>Phoenix, AZ 85034-7296<br>xxxxxxx3955 | Unsecured Claim | $2,312.00 |
| 28. | NCO Financial Systems, Inc<br>1804 Washington Blvd,<br>Mailstop 450<br>Baltimore, MD 21230<br>xx3251 | Unsecured Claim | $2,312.00 |
| 29. | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563<br>xx2115 | Unsecured Claim | $352.00 |
| 30. | Palisad Coll<br>210 Sylvan Ave<br>Englewood, NJ 07632<br>xxxxxxxxxxxxxxxxx | Unsecured Claim | $517.00 |
| 31. | Palisades Collection L<br>210 Sylvan Ave<br>Englewood, NJ 07632<br>xxxxxxxxxxxxxxxxx | Unsecured Claim | $517.00 |
| 32. | Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274-2209<br>xxxxxx5095 | Unsecured Claim | $532.00 |
| 33. | Professional Account Management, LLC<br>Collection Services Division<br>PO Box 391<br>Milwaukee, Wi 53201-0391<br>xxx9996 | Unsecured Claim | $77.00 |

in re:  **Narjis Smahi**
_____

| | | | |
|---|---|---|---|
| | Debtor | | Case No. (if known) |

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 34. | Professnl Acct Mgmt Inc<br>2040 W Wisconsin Ave<br>Milwaukee, WI 53233<br>xxx9996 | Unsecured Claim | $77.00 |
| 35. | SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230<br>xxxx3567 | Unsecured Claim | $671.00 |
| 36. | SKO Brenner American, Inc.<br>40 Daniel Street<br>PO Box 230<br>Frmngdale, NY 11735-0230<br>xxxxx6102 | Unsecured Claim | $46.00 |
| 37. | The CBE Group, Inc.<br>131 Tower Park<br>Suite 100<br>PO Box 2635<br>Waterloo, IA 50704-2635<br>xxxx-xxxx-xxxx-8672 | Unsecured Claim | $464.00 |
| 38. | Unifund<br>11802 Conrey Rd<br>Cincinnati, OH 45249<br>xxxxxxxxxxxxxxx | Unsecured Claim | $2,133.00 |
| 39. | West Asset Management<br>xxxx3028 | Unsecured Claim | $414.00 |

in re:   **Narjis Smahi**

_____          _____
                                   Debtor                                          Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **Narjis Smahi**
_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___6___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _____          Date: _04/25/08_
        **Narjis Smahi**

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_Nataliya Ripinskaya_                                    _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_
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_15028 South Cicero Ave, # B_
_Oak Forest, IL. 60452_
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:                          §
**Narjis Smahi**                 §
                                §      Case No. _____
                                §
                 Debtor(s)      §      Chapter   **7**_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☑    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
      I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐    *[Only include if petitioner is a corporation, partnership or limited liability company]* --
      I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: 04/25/08            _____
                          Narjis Smahi
                          Debtor
                          Soc. Sec. No.  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_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _____           _____